**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Patrciia A. Morris                   CHAPTER 13
                 Debtor(s)

                                            BKY. NO. 23-10399ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC and index same on the master mailing list.

                                                     Respectfully submitted,

                                                     /s/ *Michael Farrington*
                                                     Michael Farrington
                                                     15 Feb 2023, 16:02:29, EST

                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322

Document ID: da0b83bf862e2834c019f721f7daa589b1cb806b6f9a214e8da634eb71328b0a