**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | Patricia A. Morris | : | Case No.: 23-10399-elf |
| | Debtor. | : | |

---

**NOTICE OF MOTION TO EXTEND TIME TO FILE ALL
DOCUMENTS REQUIRED BY FED.R.BANKR.P. 1007**

PLEASE TAKE NOTICE that Patricia A. Morris, the debtor in the above captioned case, filed its Motion to Extend Time to File All Documents Required by Fed.R.Bankr.P. 1007 (the Motion) with the United States Bankruptcy Court seeking an extension of time in which to file schedules and statements required by Federal Rules of Bankruptcy Procedure 1007. The Motion requests that the Court extend such period through and including March 09, 2023

      Unless an objection is filed with the Clerk of the United States Bankruptcy Court, and a copy served upon the undersigned attorney for the Debtor within seven (7) days of the date of mailing of this Notice, the Court may enter an Order extending the time for the filing of all documents required by the Rule without further notice or a hearing.

Date:  2/27/23

                                        /s/ Andre Dover, Esquire
                                        Andre Dover, Esquire
                                        Kashkashian, Dover & Associates
                                        2780 Bristol Pike, Suite 32
                                        Bensalem, PA 19020
                                        Telephone:   215-781-9500
                                        Fax:         215-781-6500