## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      Patricia A. Morris       :      Case No.:  23-10399-elf

           Debtor.         :

---

### PROPOSED ORDER

**AND NOW**, this 28th day of ___February___, 2023, upon consideration of Debtor's Motion for ORDER extending the time to file all documents required by Fed.R.Bankr.P. 1007:

IT HIS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      The time within the Debtor shall file its Schedules and Statements and related documents is hereby extended to March 9, 2023.

 

 

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**