United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 23-10399-elf

Patricia A. Morris                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                         User: admin                                        Page 1 of 1

Date Rcvd: Mar 01, 2023                  Form ID: pdf900                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia A. Morris, 2973 Camborne Court, Bensalem, PA 19020-2264 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2023                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDRE DOVER | |
| | on behalf of Debtor Patricia A. Morris kashlaw@aol.com doverar87647@notify.bestcase.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC mfarrington@kmllawgroup.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     Patricia A. Morris      :     Case No.: 23-10399-elf

               Debtor.

---

**PROPOSED ORDER**

**AND NOW**, this 28th day of February , 2023, upon consideration of Debtor's

Motion for ORDER extending the time to file all documents required by Fed.R.Bankr.P. 1007:

IT HIS HEREBY ORDERED THAT:

1.     The Motion is GRANTED.

2.     The time within the Debtor shall file its Schedules and Statements and related
documents is hereby extended to March 9, 2023.

---

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**