# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 23-10399-mdc

PATRICIA A. MORRIS

2973 Camborne Court

Bensalem, PA 19020

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    PATRICIA A. MORRIS

    2973 Camborne Court

    Bensalem, PA 19020

Counsel for debtor(s), by electronic notice only.

    ANDRE DOVER, ESQ
    KASHKASHIAN, DOVER & ASSOCIATES
    10 CANAL ST   STE 204
    BRISTOL, PA 19007-

                                            /S/ Kenneth E. West

Date: 4/26/2023                              _____

                                            Kenneth E. West, Esquire
                                            Chapter 13 Standing Trustee