# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Patricia A. Morris** <br>                            **Debtor** <br><br> **Rocket Mortgage, LLC f/k/a Quicken Loans, LLC** <br>                            **Movant** <br><br>                       **vs.** <br><br> **Patricia A. Morris** <br> **Kenneth E. West, Trustee** <br><br>                          **Respondents** | **CHAPTER 13** <br><br><br> **NO.** 23-10399 MDC |

## **ORDER**

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, it is **Ordered** and **Decreed** that confirmation is **denied**.

 

                                                                                         _____

                                                                                             Bankruptcy Judge