## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Patricia A. Morris**<br>Debtor<br><br>**Rocket Mortgage, LLC f/k/a Quicken Loans, LLC**<br>Movant<br>vs.<br><br>**Patricia A. Morris**<br>**Kenneth E. West, Trustee**<br>**Respondents** | CHAPTER 13<br>BK. NO. 23-10399 MDC |

### **CERTIFICATION OF SERVICE**

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **May 23, 2023**.

Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Andre Dober
10 Canal Street Suite 204
Kashkashian & Associates
Bristol, PA 19007

Patricia A. Morris
2973 Camborne Court
Bensalem, PA 19020

Date: May 23, 2023

                                           By: /s/Denise Carlon, Esquire
                                                 Denise Carlon, Esquire
                                                 KML Law Group, P.C.
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA 19106
                                                 215-627-1322
                                                 Attorney for Movant/Applicant