*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Patricia A. Morris
    Debtor(s)

Case No: 23–10399–mdc

Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for failure to pay the third & final installment payment for a total amount of $156.50

will be held before the Honorable Magdeline D. Coleman ,United States Bankruptcy Court

on: 6/27/23

at: 10:30 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Timothy B. McGrath
Clerk of Court

Dated: June 8, 2023

36
Form 175