# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                   Chapter 13

PATRICIA A. MORRIS                 Bankruptcy No. 23-10399-MDC

2973 CAMBORNE COURT

BENSALEM, PA 19020

         Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
     PATRICIA A. MORRIS

     2973 CAMBORNE COURT

     BENSALEM, PA 19020

**Counsel for debtor(s), by electronic notice only.**
     ANDRE DOVER, ESQ
     2780 BRISTOL PIKE
     SUITE 33
     BENSALEM,, PA 19020-

**Counsel for the United States Trustee, by electronic notice only.**
     Office of the U.S. Trustee
     Eastern District of Pennsylvania
     833 Chestnut Street, Suite 500
     Philadelphia, PA 19107

Date: 8/30/2023                                                                       /s/ Kenneth E. West

                                                      _____
                                                      Kenneth E. West, Esquire
                                                      Chapter 13 Standing Trustee