# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 23-10399-MDC

PATRICIA A. MORRIS

2973 CAMBORNE COURT

BENSALEM, PA 19020

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

PATRICIA A. MORRIS

2973 CAMBORNE COURT

BENSALEM, PA 19020

Counsel for debtor(s), by electronic notice only.

ANDRE DOVER, ESQ
2780 BRISTOL PIKE
SUITE 32
BENSALEM,, PA 19020-

Date: 10/5/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee