United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 23-10399-mdc
Patricia A. Morris  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Apr 12, 2024      Form ID: 155      Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia A. Morris, 2973 Camborne Court, Bensalem, PA 19020-2264 |
| 14806096 | + | Christopher L. Potter, SSA, OGC - Office of Program Lit - Bankr, 6401 Security Blvd., Baltimore, MD 21235-0001 |
| 14758005 | + | Rocket Mortgage, LLCf/k/a Quicken Loans, C/O Michael Farrington, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14756352 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14757149 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 10107 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14756701 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 13 2024 00:19:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14775455 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 13 2024 00:19:06 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14756153 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 13 2024 00:12:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14756154 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 13 2024 00:12:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14767343 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 13 2024 00:12:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14756155 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2024 00:19:06 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14771956 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 13 2024 00:18:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14764701 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 13 2024 00:12:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14756156 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 13 2024 00:12:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14756157 | + | Email/PDF: cbp@omf.com | Apr 13 2024 00:19:06 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14769311 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 13 2024 00:19:05 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14756158 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 13 2024 00:12:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14757619 | ^ | MEBN | Apr 13 2024 00:09:43 | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. |

Case 23-10399-amc   Doc 76   Filed 04/14/24   Entered 04/15/24 00:31:46   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 12, 2024 | Form ID: 155 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | | 19106-1541 |
| 14762831 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 13 2024 00:12:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14756159 | + | Email/Text: bankruptcy@sccompanies.com | Apr 13 2024 00:12:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14772671 | + | Email/Text: bankruptcy@sccompanies.com | Apr 13 2024 00:12:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14756160 | + | Email/Text: ssa.bankruptcy@ssa.gov | Apr 13 2024 00:12:00 | Social Security Administration, 444 Lincoln Highway, Fairless Hills, PA 19030-1316 |
| 14806097 | + | Email/Text: ssa.bankruptcy@ssa.gov | Apr 13 2024 00:12:00 | Social Security Administration, SSA, OGC - Office of Program Lit - Bankr, 6401 Security Blvd, Baltimore, MD 21235-0001 |
| 14756161 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 13 2024 00:18:53 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14756162 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 13 2024 00:19:05 | Synchrony Bank/Sams, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14772216 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 13 2024 00:19:05 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2024            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2024 at the address(es) listed below:**

**Name**                      **Email Address**
ANDRE DOVER
                          on behalf of Debtor Patricia A. Morris kashlaw@aol.com doverar87647@notify.bestcase.com

DENISE ELIZABETH CARLON
                          on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
                          ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
                          on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
                          on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC mfarrington@kmllawgroup.com

| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 12, 2024 | Form ID: 155 | Total Noticed: 26 |

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Patricia A. Morris )   Case No. 23−10399−mdc
)
)
   Debtor(s). )   Chapter: 13
)
)

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: April 11, 2024

For The Court

Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court