# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| In Re: PATRICIA A. MORRIS | Case No. 23-10399 |
|---|---|
| Debtor | Ch. 13 |

## ORDER

**AND NOW**, upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc # 88, the Motion):

It is hereby Ordered that

1. The Motion is granted; and
2. The Modified Plan (doc # 87) is approved.

**BY THE COURT:**

Date: _____

_____
The Honorable Derek J. Baker
United States Bankruptcy Judge