United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 23-10399-djb |
|---|---|
| Patricia A. Morris | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 21, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2025:**

**Recip ID            Recipient Name and Address**
db                  +  Patricia A. Morris, 2973 Camborne Court, Bensalem, PA 19020-2264

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2025                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2025 at the address(es) listed below:**

**Name**                        **Email Address**

ANDRE DOVER
                              on behalf of Debtor Patricia A. Morris kashlaw@aol.com  doverar87647@notify.bestcase.com

DENISE ELIZABETH CARLON
                              on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
                              ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                              on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
                              on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

United States Trustee

District/off: 0313-2                                   User: admin                                        Page 2 of 2
Date Rcvd: Nov 21, 2025                           Form ID: pdf900                              Total Noticed: 1

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| In Re: PATRICIA A. MORRIS | Case No. 23-10399 |
|---|---|
| Debtor | Ch. 13 |

### ORDER

**AND NOW**, upon consideration of the Debtor's Motion to Modify the confirmed

Chapter 13 Plan (doc # 88, the Motion):

It is hereby Ordered that

1. The Motion is granted; and

2. The Modified Plan (doc # 87) is approved.

BY THE COURT:

Date: **November 21, 2025**

_____
The Honorable Derek J. Baker
United States Bankruptcy Judge